NO. 07-02-0526-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



JULY 25, 2003


______________________________



JAMES ORION BYWATER
,




 Appellant


v.



THE STATE OF TEXAS, 




 Appellee

_________________________________



FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;



NO. 43,460-B; HON. JOHN B. BOARD, PRESIDING


_______________________________


 

Memorandum Opinion


_______________________________



Before JOHNSON, C.J., QUINN, J., and BOYD, S.J. (1)

 James Orion Bywater (appellant) appeals from a judgment convicting him of the
unauthorized use of a motor vehicle. Via a single issue, appellant contends that the trial
court erred by entering a cumulation order stacking his sentences for this offense with
another levied in a cause styled State v. Bywater, No. 43,459-B. This is allegedly error
because the offenses underlying both causes arose from the same criminal episode and
the causes were tried in the same criminal action. See Tex. Penal Code Ann. §3.03(a)
(Vernon 2003) (stating that sentences generally shall run concurrently when the accused
is found guilty of more than one offense arising out of the same criminal episode
prosecuted in a single criminal action). In its appellee's brief, the State conceded the issue
and error. When such error occurs, the appropriate remedy is to reform the judgment and
delete the cumulation order. Robbins v. State, 914 S.W.2d 582, 584 (Tex. Crim. App.
1996).

 Accordingly, we reform the judgment of the trial court and delete all reference
suggesting that the sentence in Cause No. 43,460-B is to run cumulative to, consecutive
to, or in any way after completion of the sentence in Cause No. 43,459-B. The judgment
is affirmed as reformed.

 

 Brian Quinn 

 Justice 


Do not publish.
1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex. Gov't Code
Ann. §75.002(a)(1) (Vernon Supp. 2003).